**IN THE UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF MISSOURI**
**EASTERN DIVISION**

STEWARD STILES III,                          )
                                             )
    Plaintiff,                          )
                                             )
v.                                           )       Cause No. 4:26-cv-00393-SRC
                                             )
ST. LOUIS VOICES ACADEMY OF                  )
MEDIA ARTS et al.,                           )
    Defendants.                         )

**JOINT STATUS REPORT REGARDING**
**THE COURT'S SUBJECT MATTER JURISDICTION**

COME NOW Plaintiff Mr. Steward Stiles III and Defendants, St. Louis Voices Academy of Media Arts ("SLVA"), Dr. Hollie Russell-West, and Dr. Robert K. Payne (collectively "Defendants"), by and through their respective attorneys, and pursuant to the Court's Case Management Order (Doc. 15) and July 28, 2026 Order (Doc. 20), submit this Joint Status Report. The Parties have met and conferred regarding the Court's subject matter jurisdiction concerning Counts 3 and 4 of Plaintiff's Petition.

The Court's subject matter jurisdiction in this matter will depend upon whether SLVA and/or Dr. West and Dr. Payne are "acting under the color of law" for purposes of Section 1983 liability. The Parties dispute whether this is a question of law (Defendant's position) or a question of fact (Plaintiff's position).

The Parties submit the following undisputed facts:

1. SLVA is sponsored by the Missouri Charter Public School Commission.

2. SLVA operates as an independent public charter school pursuant to Chapter 160.400.1, R.S.Mo.

1

3. Authorized charter schools, such as SLVA, are independent public schools and are considered Local Education Agencies.

4. SLVA administered and reported MAP testing and results pursuant to R.S.Mo 160.518.

5. SLVA is a nonprofit corporation incorporated pursuant to Chapter 355, R.S.Mo.

6. SLVA is governed by Missouri statutes, regulations, its contract with the Missouri Charter Public School Commission, its articles of incorporation, and bylaws.

7. SLVA is governed by a self-appointed Board of Directors ("Board") pursuant to 160.400.8, R.S.Mo., and 355.326, R.S.Mo.

8. Meetings of SLVA's Board are subject to Missouri's Open Meeting Act, Chapter 610.010 to 610.030, R.S.Mo.

9. Defendant Dr. Russell-West was hired by the Board of Directors of SLVA and served as SLVA's Executive Director from July 2021 to December 31, 2025.

10. Defendant Dr. Robert Payne served as the Chair of SLVA's Board of Directors from August 2025 to present.

RESPECTFULLY SUBMITTED,

| TUETH KEENEY COOPER MOHAN & JACKSTADT, P.C. | THE RAMSEY FIRM, LLC |
|---|---|
| By: */s/ Margaret A. Hesse* <br> Maragaret A. Hesse, #43059MO <br> Shannon M. Orbe, #711707MO <br> 34 N. Meramec Avenue, Suite 600 <br> St. Louis, MO  63105 <br> Telephone: (314) 880-3600 <br> Facsimile: (314) 880-3601 <br> mhesse@tuethkeeney.com <br> sorbe@tuethkeeney.com | By: */s/ Steven A. Ramsey* <br> Steven Alan Ramsey <br> 4240 Duncan Avenue, Suite 200 <br> St. Louis, MO 63110 <br> Phone: (314) 246-0059 <br> ramsey@theramseyfirmllc.com |
| *Counsel for Defendants* | *Counsel for Plaintiff* |

2