UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

Steward Stiles
_____

vs.                                           Case No. __4:26cv00393 SRC__

St. Louis Voices Academy
_____

### ALTERNATIVE DISPUTE RESOLUTION COMPLIANCE REPORT

Complete one option and file this report with the Clerk's office

### Option 1

( )     The neutral elects to extend the deadline for completing ADR for 14 days and will continue efforts to assist the parties in reaching a settlement. Revised completion deadline : _____. *Such an election by the neutral is permitted once during the span of a mediation in a single case.* **If the parties require more time to complete mediation, lead counsel must file a motion with the Court.**

### Option 2

(✔)     An ADR conference was held on: __8/12/2026__.

All required individuals, parties, counsel of record, corporate representatives, and/or claim professionals attended and participated in the ADR conference(s) in good faith, and each possessed the requisite settlement authority;

The following individuals, parties, counsel of record, corporate representatives, and/or claim professionals failed to appear and/or participate in good faith as ordered:

_____.

The ADR referral was concluded on __8/12/2026__
The parties [(✔) did ( ) did not] achieve a settlement. Check one.

### Option 3

( )     Although this case was referred to ADR, a conference WAS NOT HELD.

Date: __8/13/2026__                    Neutral:__Kim Kirn/ks__